UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSHUA HORNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:20-cv-1042 |
| | ) |
| EYEMART EXPRESS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

Defendant, Eyemart Express, LLC ("Defendant"), by counsel, hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1441 and 1446, and state the following grounds for removal:

1. On November 17, 2020, Plaintiff Joshua Horner ("Plaintiff"), by counsel, commenced this action against Defendant in the Elkhart Superior Court under Case No. 20D04-2011-CT-000249. The Complaint asserts causes of action under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et. seq*.

2. On November 30, 2020, Defendant's registered agent, CT Corporation, received a copy of the Complaint and Summons. A copy of the Complaint and Summons is attached hereto as **Exhibit 1**.

3. Defendant's Answer to the Complaint is due on December 21, 2020 per the Indiana Trial Rules.

4. The Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a) and thus it may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446 because it is a civil action arising under the

laws of the United States in that the Complaint alleges violations of Title VII, an Act of Congress regulating commerce.

5. This Notice of Removal is timely filed in that it is filed within thirty (30) days of receipt of the Complaint and Summons by Defendants.

6. Elkhart County, Indiana, is within the jurisdiction of the United States District Court for the Northern District of Indiana—South Bend Division. Defendant seeks to remove this action to this Court as provided by law.

7. Contemporaneously with the filing of this Notice of Removal, Defendant has filed a civil cover sheet with the United States District Court for the Northern District of Indiana, and have paid the initial filing fee.

WHEREFORE, Defendant prays that the above-captioned action now pending against it in the Elkhart Superior Court in the State of Indiana be removed therefrom to the United States District Court for the Northern District of Indiana and stand so removed.

Respectfully submitted,

/s/ *Craig W. Wiley*
Craig W. Wiley
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
Email: *craig.wiley@jacksonlewis.com*

Counsel for Defendant,
Eyemart Express, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020, a copy of the foregoing *Notice of Removal* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Christopher C. Myers
>Christopher C. Myers & Associates
>809 South Calhoun Street, Suite 400
>Fort Wayne, Indiana 46802
>cmyers@myers-law.com


>*/s/ Craig W. Wiley*
>Craig W. Wiley