UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOSHUA HORNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:20-cv-01042-DRL-MGG |
| | ) | |
| EYEMART EXPRESS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF MEDIATOR

COMES NOW the Mediator, Anthony M. Stites, and reports to the Court that the parties in the above-referenced cause met for mediation at the Mediator's office on December 16, 2021. The parties were able to settle and resolve the underlying litigation.

SO REPORTED THIS 16th day of December, 2021.

    Respectfully submitted:

    BARRETT McNAGNY LLP

    By: /s/ Anthony M. Stites
        Anthony M. Stites, #14078-71
        215 East Berry Street
        P.O. Box 2263
        Fort Wayne, IN 46801
        Telephone: (260) 423-9551
        Fax: (260) 423-8920
        Email: ams@barrettlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 16th day of December, 2021, a true and correct copy of the foregoing Report of Mediator was served to all counsel of record via the Court's IEFS - CM/ECF System, or via U.S. Postal Service, pre-paid delivery, for those parties not yet registered.

Christopher C. Myers       Craig W. Wiley
Ilene M. Smith

      /s/ Anthony M. Stites
      Anthony M. Stites