UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSHUA HORNER, | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:20-cv-01042-DRL-MGG |
| EYEMART EXPRESS, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Joshua Horner, and Defendant, Eyemart Express, LLC, having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), with each party to bear his/its own attorneys' fees and costs.

JOSHUA HORNER                                              EYEMART EXPRESS, LLC


/s/ Christopher C. Myers                                   /s/ Craig W. Wiley
Christopher C. Myers                                        Craig W. Wiley
Myers Smith Wallace, LLP                                    Jackson Lewis P.C.
809 South Calhoun Street, Suite 400                         211 North Pennsylvania Street, Suite 1700
Fort Wayne, Indiana 46802                                   Indianapolis, Indiana 46204
E-mail: cmyers@myers-law.com                                Email: craig.wiley@jacksonlewis.com

Attorney for Plaintiff                                      Attorney for Defendant

4863-6759-1433, v. 1